```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15273
   BRUCE A HOFSTEADTER
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
     SSN XXX-XX-1558


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/23/07 .

   2.  The case was dismissed without confirmation, 11/02/2007.

------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID            PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS      CURRENT MORTG          .00              .00             .00
COUNTRYWIDE HOME LOANS      MORTGAGE ARRE   NOT FILED              .00             .00
COUNTRYWIDE HOME LOANS      SECURED                .00              .00             .00
COUNTRYWIDE HOME LOANS      MORTGAGE ARRE   NOT FILED              .00             .00
INTERNAL REVENUE SERVICE    SECURED         NOT FILED              .00             .00
ILLINOIS DEPT REVENUE       PRIORITY        NOT FILED              .00             .00
AR CONCEPTS                 UNSECURED       NOT FILED              .00             .00
BECKET & LEE LLP            UNSECURED       NOT FILED              .00             .00
ARMOR SYSTEMS               UNSECURED       NOT FILED              .00             .00
FIA CARD SERVICES           UNSECURED       NOT FILED              .00             .00
CAPITAL ONE BANK            UNSECURED       NOT FILED              .00             .00
COLUMBIA HOUSE              UNSECURED       NOT FILED              .00             .00
CREDIT BUREAU SYSTEMS       UNSECURED       NOT FILED              .00             .00
DELL FINANCIAL              UNSECURED       NOT FILED              .00             .00
DISCOVER BANK               UNSECURED       NOT FILED              .00             .00
FIRST PREMIER BANK          UNSECURED       NOT FILED              .00             .00
HSBC                        UNSECURED       NOT FILED              .00             .00
HSBC                        UNSECURED       NOT FILED              .00             .00
HSBC                        UNSECURED       NOT FILED              .00             .00
PENTAGROUP FINANCIAL        UNSECURED       NOT FILED              .00             .00
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID            PAID

THD CBSD                    UNSECURED       NOT FILED              .00             .00
WASHINGTON MUTUAL CARD S    UNSECURED       NOT FILED              .00             .00
          Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00           .00
PRINCIPAL PAID         .00          .00          .00          .00           .00
INTEREST PAID          .00          .00          .00          .00           .00
TOTAL PAID             .00          .00          .00          .00           .00
The Debtor's attorney, ROBERT V SCHALLER                 , was allowed $      .00
```

and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/12/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE